IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGEL McCLAIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 16-0547-MU ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1] | ) ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be **AFFIRMED**.

**DONE** this the **28th** day of **September, 2017**.

       s/P. BRADLEY MURRAY
       **UNITED STATES MAGISTRATE JUDGE**

---

[1] Nancy A. Berryhill is the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), Nancy A. Berryhill is substituted as the Acting Commissioner in lieu of Social Security Administration, Commissioner, as the defendant in this action.